

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 278TH DISTRICT COURT OF WALKER COUNTY, GREETINGS:

On May 29, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

Keith Fitzgerald Hervey v. Texas Department of Criminal Justice

Court of Appeals No. 15-25-00068-CV
Trial Court No. 2029753

The Court of Appeals entered the following judgment or order:

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 17, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Keith Fitzgerald Hervey.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 8, 2025.



CHRISTOPHER A. PRINE, CLERK